## November 7, 1972

No. 72-40 William E. Higdon, PVT, U. S. Army v. United States and MG Hugh F. Foster, Jr., Commanding General, U. S. Army Electronics Command, Fort Monmouth, New Jersey; and LTC Ross M. Goddard, Jr., Staff Judge Advocate, U. S. Army, Electronics Command, Fort Monmouth, New Jersey.

On consideration of the Petition for Writ of Mandamus filed in the above-

entitled action, it appearing that the relief sought would not be in aid of this Court's jurisdiction within the meaning of 28 USC § 1651(a), it is, by the Court, this 7th day of November 1972,

ORDERED that said Petition be, and the same hereby is, dismissed.